## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **STEPHEN YOUNG, et al.,** | § | |
| *Plaintiffs,* | § | **CASE NO. 6:23-CV-608-ADA-DNM** |
| | § | |
| **v.** | § | |
| | § | **MEMBER CASE NO. 6:24-CV-296** |
| **MCLENNAN COUNTY, TEXAS, et al.,** | § | **ADA-DNM** |
| *Defendants.* | § | |
| | § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan N. MacLemore regarding Defendants McLennan County, Texas, and Chris Jones's Motions to Dismiss Plaintiff Rose Lyons's Original Complaint under Federal Rule of Civil Procedure 12(b)(6) (Member Case Dkt. Nos. 10 and 11). Dkt. No. 70. The Report and Recommendation was filed March 1, 2026. This Court hereby adopts Judge MacLemore's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendants McLennan County and Chris Jones filed objections on March 15, 2026. Dkt. No. 71. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, and the applicable laws and

record of the case. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted. The Court overrules Defendants' objections.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dan N. MacLemore, Dkt. No. 70, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants McLennan County, Texas, and Chris Jones's Motions to Dismiss Plaintiff Rose Lyons's Original Complaint under Federal Rule of Civil Procedure 12(b)(6) (Member Case Dkt. Nos. 10 and 11) are hereby **DENIED.**

**IT IS SO ORDERED.**

**SIGNED** on July 2, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE